**Exhibit A to the Complaint**

**Location:** Brooklyn, NY
**Total Works Infringed:** 33

**IP Address:** 173.56.32.236
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 1 | Info Hash: 3BA07A5A0626425EACAEC907C781A5E28FB2871E<br>File Hash:<br>185BCC2603876AECECA7CEB4F73D04DAE6B398D5C7BEE77C5EAA6C8D28CD4F27 | 07-04-2022 16:23:54 | Blacked | 07-02-2022 | 07-22-2022 | PA0002359461 |
| 2 | Info Hash: 9B7406EC07DE8022005970F76906D51A274E0690<br>File Hash:<br>F99FEA73133BE233ED03F8FFC993EF324E33C4BE5424DC24FC89FEA6569664EB | 07-04-2022 16:23:28 | Blacked Raw | 06-27-2022 | 07-22-2022 | PA0002359465 |
| 3 | Info Hash: 8250F638FC20893A0B60A732D01F8296EB9A372E<br>File Hash:<br>C0E0EE2941DF630579425C54DBFCC249222D7C1FC059F97E4137027A6C197835 | 06-26-2022 21:02:47 | Blacked | 06-18-2022 | 06-27-2022 | PA0002355032 |
| 4 | Info Hash: 141878F404F3ADC6EE96B8F9C8286F1A6D27A038<br>File Hash:<br>A8FEEA012BFA3AA2AB0B6096A186E934C32F7D67486DADBDBF922646E38A2CCC | 05-30-2022 15:11:44 | Blacked Raw | 05-23-2022 | 06-27-2022 | PA0002355031 |
| 5 | Info Hash: E0AF7859247E9800D759DA84A45EEFBFDDD10940<br>File Hash:<br>0B14DBE570574A0AF499E20F778375B8D4031013148AB5387C2EF9DF6BEFCA94 | 04-17-2022 17:19:04 | Tushy | 04-10-2022 | 04-23-2022 | PA0002346425 |
| 6 | Info Hash: B1EDE7608353AC629674C063D98C5805C47B0A54<br>File Hash:<br>CB024A1E7CEB51E3DD8A6EFAD07F79A295005892776D287284BA877AE6F1754E | 04-17-2022 17:12:37 | Vixen | 04-08-2022 | 05-20-2022 | PA0002350388 |
| 7 | Info Hash: 5445DD9C92418EE7E926A0407EF2A469CC29E065<br>File Hash:<br>25CF923E04CBCAD2098F8D8D50D454B3FABB2B508996299092B99B58B78A74DA | 03-26-2022 21:18:43 | Blacked | 03-12-2022 | 03-29-2022 | PA0002342846 |
| 8 | Info Hash: 2086A77461DFEF73723AD2CDEB02004EE26C8A9E<br>File Hash:<br>CE9E75C0892054B49B6AD9D588CF934BAEA2F1B0DF2AF6B0836A3CB497E65638 | 03-06-2022 21:52:55 | Blacked Raw | 02-28-2022 | 03-29-2022 | PA0002342857 |
| 9 | Info Hash: 9DB4CA8457B6275527292B39B9894F50D6537A37<br>File Hash:<br>C9CD4A15D94A746AC94196AEAAD553CFD5A7CF812213320D8F2B8E5F368DF9FB | 01-26-2022 23:44:34 | Blacked Raw | 01-24-2022 | 02-14-2022 | PA0002335489 |
| 10 | Info Hash: 775DEB6869799752C425208A57EC76F2FD91B60C<br>File Hash:<br>C7AF91E7382DAFE1AC88504E58F319D0553667EBD1539184C2C5ACF67D53CFFC | 01-26-2022 23:43:43 | Vixen | 01-21-2022 | 02-14-2022 | PA0002335466 |
| 11 | Info Hash: 65B2AE6546D2A1E20EBC6A467D52FD553681CD5D<br>File Hash:<br>794E8909910EE06D702F127BF3B058239F8BA3FCC0F7CB96A3C91F99FB61F9B5 | 01-21-2022 04:26:47 | Blacked Raw | 01-17-2022 | 03-04-2022 | PA0002345790 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 12 | Info Hash: 4E478C0D6C13D7F2E0DB6AE09D6260378FACC3C9<br>File Hash:<br>F040BDD4A99C0DE4A6ED420EBABD975406DC2FC4B90A275D0DAA98BAC9A49012 | 01-09-2022<br>23:22:26 | Blacked | 01-08-2022 | 01-17-2022 | PA0002330123 |
| 13 | Info Hash: CC60A20C605A540B07CE60B2BE1806121B0BA495<br>File Hash:<br>D5BA24EA5531B610FBAD2D631589F77BA69A97CE0D76ACD258DF71450936AC8E | 12-26-2021<br>16:21:58 | Blacked | 12-25-2021 | 01-17-2022 | PA0002330103 |
| 14 | Info Hash: 4B576AA5A92A83B45E0239342446F37CD934EBEF<br>File Hash:<br>C64891F0027E36B48D465F40689AB07D635021569070B5ABF4533F513144F190 | 12-12-2021<br>14:43:19 | Blacked<br>Raw | 12-06-2021 | 12-13-2021 | PA0002325836 |
| 15 | Info Hash: 3FE961EE90C2E5C570D1558C2B2D1943CB2219CB<br>File Hash:<br>55C9681E8D9E09D407E04F41BE38EBB3DFB942FC52C7C97F531E2DDBD2A4C779 | 12-07-2021<br>01:16:57 | Blacked | 12-04-2021 | 12-09-2021 | PA0002325833 |
| 16 | Info Hash: DF5A3ED0D9B657DA66FAA15661AC252D29DEAC98<br>File Hash:<br>9D4EEEA36904351FF7E3EA081F09429CC981EBFC46812A84311AEB4DC267B0A5 | 12-04-2021<br>00:38:38 | Blacked<br>Raw | 11-29-2021 | 02-03-2022 | PA0002341803 |
| 17 | Info Hash: 87F468553EA23E72D28CA890B907929E9C4EAD08<br>File Hash:<br>C13DB6BD87D82DA98768640105FE654F244CE5593E27C6AE9EA8A4287E12B12D | 11-29-2021<br>17:48:19 | Blacked | 11-20-2021 | 12-09-2021 | PA0002325817 |
| 18 | Info Hash: EB2FA6D8D0F409495CFD399CD2DF142F55EB24D4<br>File Hash:<br>F6094559C3FA16B75D2E4A8D84124BBF01D59B4C80814C7507E0657BFDFD7D35 | 11-29-2021<br>14:36:14 | Blacked<br>Raw | 11-22-2021 | 12-09-2021 | PA0002325831 |
| 19 | Info Hash: 372C16BE53C1B0D0DA0700D6CF211107D110CC5B<br>File Hash:<br>874D6C9BEF7F531CA458C79F051DA7F2F3D592FE17FC8E330FC6EF7062477E3A | 11-29-2021<br>14:14:18 | Vixen | 11-19-2021 | 12-09-2021 | PA0002325815 |
| 20 | Info Hash: 457F7BED4CC3B07E1856BCA4E5480BCBA6AFEC5D<br>File Hash:<br>FB87CEFF77A0FDCF4D2F25886A55504FCC0B771C5B18ECFA3E02A47F9427B25F | 11-18-2021<br>23:56:39 | Tushy | 11-14-2021 | 01-07-2022 | PA0002337916 |
| 21 | Info Hash: DB89B75E9DAD31F15DC983AABCEB9AE720EDB193<br>File Hash:<br>4944D7029732BDEAB22221D7A9735586B69A051A79247640CBDDC1C8D2D2F2DF | 11-15-2021<br>16:24:23 | Vixen | 11-12-2021 | 12-09-2021 | PA0002325810 |
| 22 | Info Hash: C91ABE1D9F937D2C6685B782CEB3DB5588A371F1<br>File Hash:<br>402974DCB5135AD3AA2827D46CF17940EA6F5FB77529875D432F9699594C46DC | 11-15-2021<br>16:23:00 | Blacked | 11-13-2021 | 12-09-2021 | PA0002325812 |
| 23 | Info Hash: 331C4C8842676BF2C6FDBC1D6017CDD287FA759B<br>File Hash:<br>BAE4188FB4D988C057B8E4472E7B01E2B3EF42CD4CE9A3350C38398C608A9E61 | 11-11-2021<br>22:23:35 | Blacked<br>Raw | 11-08-2021 | 01-07-2022 | PA0002337933 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: F4C3503ABE5315155B4A64427362A51FD395A73C<br>File Hash:<br>A70518FCE6A19B5B182D848D273D737599A267D70202671CCCC83C70A5044DEE | 11-11-2021<br>22:14:26 | Tushy | 11-07-2021 | 11-11-2021 | PA0002321317 |
| 25 | Info Hash: 5AE06657B0A1262628E416B5D64EAC7FB92CE5AF<br>File Hash:<br>FD3BB85EFD41C7A2A819AD2ADA565E4AF1A3EE6DF78ADEF9603C1BE66561E3F0 | 11-11-2021<br>22:14:18 | Blacked | 10-30-2021 | 11-11-2021 | PA0002321300 |
| 26 | Info Hash: 1FBAD8F90D864550D63CD05A7924A75B686E5302<br>File Hash:<br>BFCC75D79B0A13C65DD783C40EC97C868CDF5679D57346333DC6F985F1404F8C | 11-11-2021<br>22:14:13 | Vixen | 10-22-2021 | 11-11-2021 | PA0002321272 |
| 27 | Info Hash: 6035AA12C63BA7B5A3BD424C629C41DCB5C5E94D<br>File Hash:<br>A5330871A31599822F5ECED5AB8C9376CD354FB59A0728B501459406CA1FA6A3 | 10-19-2021<br>00:09:00 | Blacked Raw | 10-11-2021 | 10-19-2021 | PA0002317052 |
| 28 | Info Hash: 0EDEEB3EFB1595EC8FD6F5FF35A07BE00B91E1E8<br>File Hash:<br>3973944F36D613CC8418865FAF957994D12F45845EF626482A808D394DC2BA98 | 10-12-2021<br>00:51:22 | Vixen | 10-08-2021 | 11-11-2021 | PA0002321269 |
| 29 | Info Hash: 37967D2FD4A78721BCCB0DA7038F8933F074FB60<br>File Hash:<br>562E04C943120CC98F3B6D48DABBA877D5BB23A106E1CA53199FC56776DBC2FE | 10-12-2021<br>00:46:56 | Vixen | 09-29-2021 | 11-11-2021 | PA0002321322 |
| 30 | Info Hash: E895A41D78A039F714C4F3C30491EA2F3FCE4B35<br>File Hash:<br>37B08BA5FC4C27630984E855BE49E906D16D01979D265E4E6E83679D71914A06 | 09-22-2021<br>16:44:29 | Blacked | 09-18-2021 | 10-05-2021 | PA0002315291 |
| 31 | Info Hash: 44510C39CBDE623DB076713726B8EE66A5153FA8<br>File Hash:<br>86FF2D94459908CB93FD1A67A831204DD7F2EDB3EDBEB5538D485E3FD012349E | 09-20-2021<br>01:20:02 | Blacked Raw | 09-13-2021 | 11-11-2021 | PA0002321292 |
| 32 | Info Hash: 8E53FF2E1F38259E5F74502C9F49DBDAC1BC341B<br>File Hash:<br>457946B198BE4FA38CC1DD3CB44F63670A89961950BF542FCC977EB501794233 | 09-20-2021<br>01:15:00 | Vixen | 09-17-2021 | 10-05-2021 | PA0002315292 |
| 33 | Info Hash: 0E02F7035E6C0A7B806023E254BE4B877B859AFE<br>File Hash:<br>061A655D71EED8816773D4D81C2685BE46EEACFFE09679F1D84F8255267C6A3C | 09-20-2021<br>01:13:47 | Tushy | 09-19-2021 | 10-19-2021 | PA0002317058 |